# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

143004

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD LAWRENCE HOGAN II,
      Defendant-Appellant.

SC: 143004
COA: 302402
Genesee CC: 10-026280-FH

_____/

On order of the Court, the application for leave to appeal the March 14, 2011 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention that Offense Variable 13, MCL 777.43, was misscored.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013 _____

_____
Clerk

h0325